RECEIVED
JUNE 06 2022
DOJ / BOISE

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

United States of America — Plaintiff(s):

vs.

State of Idaho et al. — Defendant(s):

**DECLARATION OF SERVICE**

Case Number: 1:22-cv-00236-DKG

For:
U.S. Attorney's Office
1290 W. Myrtle St., Ste. 500
Boise, ID 83702

Received by Tri-County Process Serving LLC on June 3, 2022 to be served on **STATE OF IDAHO**.

**I, Kasey L. Vink, state that on Friday, June 3, 2022, at 4:39 PM**, I served the within named **State of Idaho** by delivering two true copies of the **Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief** to Brian Kane, Assistant Chief Deputy Attorney General, a person authorized to accept service on behalf of State of Idaho. Said service was effected at **Idaho Attorney General's Office, 700 W. Jefferson St., Ste. C210, Boise, ID 83720**.

Approximate description of Brian Kane
Male 42 years old, 6' 2" Tall, 190 lbs, Blonde Hair, Blue eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 196325
Client Reference: David Negri

Monday, June 6, 2022

Kasey Vink
**KASEY VINK**

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132