RECEIVED
JUNE 06 2022
DOJ / BOISE

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF IDAHO**

| | | |
|---|---|---|
| United States of America | Plaintiff(s): | DECLARATION OF SERVICE |
| vs. | | Case Number: 1:22-cv-00236-DKG |
| State of Idaho et al. | Defendant(s): | |

For:
U.S. Attorney's Office
1290 W. Myrtle St., Ste. 500
Boise, ID 83702

Received by Tri-County Process Serving LLC on June 3, 2022 to be served on **GARY SPACKMAN**.

**I, Kasey L. Vink, state that on Friday, June 3, 2022, at 4:50 PM**, I served the within named person(s) by leaving a true copy of the **Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief** with Megan Jenkins, Administrative Assistant, on behalf of Gary Spackman. Said service was effected at **322 E. Front St., Ste. 648, Boise, ID 83702**.

Approximate description of Megan Jenkins
Female 43 years old, 5' 6" Tall, 190 lbs, Brown Hair, Hazel eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 196327
Client Reference: David Negri

Monday, June 6, 2022

Kasey Vink
**KASEY VINK**

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132