Norman M. Semanko (ISB #4761)
PARSONS BEHLE & LATIMER
800 W Main Street, Suite 1300
Boise, ID 83702
(208) 562-4909 (Direct)
(208) 562-4900 (Office)
nsemanko@parsonsbehle.com

Joseph A. Bingham (T.X. Bar #24078231)*
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, CO  80227
(919) 649-7403 (Direct)
(303) 292-2021 (Office)
jbingham@mslegal.org
*Admission *Pro Hac Vice* pending

*Attorneys for Applicants in Intervention Joyce Livestock Co.;*
*LU Ranching Co.; Pickett Ranch & Sheep Co.; and Idaho Farm Bureau Federation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*<br>  v.<br><br>STATE OF IDAHO, STATE OF IDAHO DEPARTMENT OF WATER RESOURCES, an agency of the State of Idaho, and GARY SPACKMAN, in his official capacity as Director of the Idaho Department of Water Resources<br><br>    *Defendants*, | Case No. 1:22-cv-00236-DCN<br><br><br><br><br><br><br><br><br><br>**DECLARATION OF DON PICKETT IN SUPPORT OF PICKETT RANCH & SHEEP CO.** |
| IDAHO HOUSE OF REPRESENTATIVES; MIKE MOYLE, in his official capacity as Majority Leader of the House; IDAHO SENATE; and CHUCK WINDER, in his official capacity as President Pro Tempore of the Senate,<br><br>    *Applicants in Intervention*, and | |
| JOYCE LIVESTOCK CO.; LU RANCHING CO.; PICKETT RANCH & SHEEP CO; and IDAHO FARM BUREAU FEDERATION,<br><br>    *Applicants in Intervention*. | |

I, Don F. Pickett, declare and state as follows:

1. I am a fourth-generation Idaho rancher and co-owner of Pickett Ranch & Sheep Co.

2. Our ranch is a family operation dating back to 1881.

3. Our family has continued to ranch uninterrupted from that date through today, and currently my two brothers, Douglas and David, and I operate the ranch day-to-day, with our sons being the fifth generation of Picketts to do so.

4. We operate on approximately 9,000 deeded acres of irrigated farm ground, and 43,000 deeded acres of dry pasture lands.

5. We also run cattle and sheep on lands administered by the United States Forest Service in Idaho, and the Bureau of Land Management in Idaho, Utah, and Nevada, collectively holding permits for about around 22,000 actively grazed animal unit months.

6. We also operate on an additional 5,300 acres of state endowment lands administered by the Idaho Department of Lands.

7. We have 30-50 employees, some of whom have worked with our family for half a century, as long as Doug has been alive.

8. We are members of the Idaho Farm Bureau.

9. I am also an attorney, having received my law degree from University of Idaho Law School in 1985.

10. We hold stockwater rights decrees on our grazing allotments, but our ability to exercise and protect those rights is seriously curtailed.

11. My brothers, David and Douglas, and I operated Pickett Ranch & Sheep Co. when it was a party to what the federal government calls the "FSG settlement."

12. As a result of that settlement, the company holds water rights decrees on its grazing allotments.

13. However, to avoid prolonged and expensive litigation with the federal government, we had to agree to onerous terms that favored the federal government and limited our rights.

14. I believe the terms imposed by that settlement and the Snake River Basin Adjudication process severely limit our exercise of our water rights and render them effectively worthless, because it allows the federal government to dictate our use of our own stockwater rights.

15. The disposition of the United States' suit against Idaho in this court is likely to further impact the status and limits on Pickett Ranch & Sheep Co.'s stockwater rights, and its ability to exercise and vindicate those rights, which are already severely curtailed.

16. On or around July 20, 2022, I attended a meeting at the USFS Ranger District office that was also attended by Terry Padilla, Regional Range Director..

17. That meeting was to discuss reconstruction of stock water facilities following a 90,000 acre fire that destroyed about 38 miles of fence and about 18 water troughs in or around September, 2020.

18. We have had and continue to have great difficulty getting USFS to cooperate with repairing damaged and destroyed fences and water facilities.

19. Terry Padilla discussed this lawsuit in that meeting. He suggested that it will be much more difficult for us to accomplish repair of this damaged infrastructure if the United States loses this case against Idaho.

20. I understood Mr. Padilla to be warning us ranchers not to speak up against the United States' efforts in this suit, lest we face reprisals in the form of Forest Service interference with our grazing allotments by, for example, continuing to prevent or delay repair of damaged fences and watering facilities.

21. I believe such threats are an illustration of why it is important for ranchers to have a voice in this litigation; the Forest Service clearly wants to leverage interference with our water rights, and this lawsuit will either help or hinder their success in such abusive tactics.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of August 2022.

*/s/ Don F. Pickett*
DON F. PICKETT

# CERTIFICATE OF SERVICE

I hereby certify that, on August 30, 2022, I filed the foregoing document with the Clerk of the Court using this Court's CM/ECF system, which will send a notification to all counsel of record pursuant to Fed. R. Civ. P. 5 and D. Idaho L.R. 5.1(k).

| | |
|---|---|
| Stephen Bartell<br>Department of Justice<br>Environment & Natural Resources Division<br>Stephen.bartell@usdoj.gov | Lawrence G. Wasden<br>Attorney General<br><br>Darrell G. Early<br>Deputy Attorney General<br>Chief, Natural Resources Division |
| David Negri<br>US Department of Justice<br>Environment & Natural Resources Division<br>David.negri@usdoj.gov | Michael C. Orr<br>Deputy Attorney General<br>Michael.Orr@ag.idaho.gov |
| Thomas Snodgrass<br>US Department of Justice<br>Environment & Natural Resources Division<br>Thomas.snodgrass@usdoj.gov | Joy M. Vega<br>Joy.Vega@ag.idaho.gov<br><br>Shane M. Bell<br>Shane.Bell@ag.idaho.gov |
| William Gerry Myers, III<br>HOLLAND & HART<br>wmyers@hollandhart.com | |

_____
Norman M. Semanko
PARSONS BEHLE & LATIMER