UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF IDAHO; IDAHO DEPARTMENT OF WATER RESOURCES; GARY SPACKMAN, in his official capacity as Director of the Idaho Department of Water Resources,<br><br>Defendants,<br><br><br>v.<br><br>IDAHO HOUSE OF REPRESENATIVES; IDAHO SENATE; CHUCK WINDER; MIKE MOYLE,<br><br>Intervenor Defendants. | Case No. 2:22-cv-00236-DCN<br><br>**ORDER** |

On September 2, 2022, the Court issued an order regarding certain procedural aspects of this case ("the Court's Order"). Dkt. 23. Of note, the Court required that any party wishing to oppose the Motion to Intervene filed by Joyce Livestock Co., LU Ranching Co., Pickett Ranch & Sheep Co., and the Idaho Farm Bureau ("Ranchers") (Dkt. 19) do so on or before September 8, 2022. *Id*.

Plaintiff, the United States of America, dutifully filed a response indicating that it does, in fact, intend to oppose the Motion. Dkt. 24. That said, because of certain prior

ORDER - 1

obligations, it requested additional time in which to file said opposition. *Id*. at 2. So, as indicated in the Court's Order, the Court now directs the United States to file its formal opposition on or before October 7, 2022. The Ranchers' reply is due on or before October 21, 2022.

In the meantime, as also contemplated in the Court's Order, and "to secure the just, speedy, and inexpensive determination of this action," Fed. R. Civ. P. 1, the Ranchers should provisionally participate[1] in the preparation of a new joint litigation and discovery plan that was already ordered to be submitted on or before September 15, 2022.[2] Dkt. 23, at 3.

DATED: September 9, 2022

David C. Nye
Chief U.S. District Court Judge

---

[1] Ranchers' participation is solely for the purpose of setting forth the briefing schedule.

[2] In the event the Court doesn't allow the Ranchers to intervene, briefing deadlines associated with the Ranchers will be removed.

ORDER - 2