# EXHIBIT 1

DECLARATION OF FREDRIC W. PRICE

*United States of America v. State of Idaho et al.*
Case No. 1:22-cv-00236-DCN

