# EXHIBIT 2

DECLARATION OF FREDRIC W. PRICE

*United States of America v. State of Idaho et al.*
Case No. 1:22-cv-00236-DCN

# Bauscher Ranch, Inc.

| Winter Address | Summer Address |
|---|---|
| 1874 Leadville Avenue | P.O. Box 333 |
| Boise, Idaho 83706 | Fairfield, Idaho 83327 |

Mr. Norman M. Semanko
Barker, Rosholt & Simpson, LLP
P.O. Box 2139
Boise, Idaho 83701-2139

Re: Withdrawl of objections to federal stockwater claims in my BLM grazing allotments.

Dear Mr. Semanko:

After discussing the matter with both BLM and Forest Service Employees, it is my understanding that you filed objections to all federal stockwater claims in Water Basin 37. Your objections were filed for your clients with ranches and federal grazing permits located entirely south of the Snake River. I have been informed that none of your clients have any BLM grazing rights in my Black Canyon and Deer Creek allotments. I see no reason for you to file objections here because none of your people are affected by any of the water right claims here in this basin regardless of who made the claims.

The stockmen here were made aware of BLM's plans very early in the Adjudication. The Shoshone BLM employee who filed the stockwater claims on BLM land came to our District Grazing Advisory Board, in regular session, and explained that BLM planned to file stockwater claims on the BLM land in behalf of the stockmen to save them time and money and avoid confusion. It made a lot of sense for the BLM to file water claims on their land Exhibit 2 at one time. We were told that we should file adjudication water claims on any deeded ground we held in any of our allotments because BLM would not file for a water right on private land unless they held a signed easement and had a water permit or license from the State of Idaho. We were advised to talk to the State Lands people about any waters on our State leases. That approach seemed reasonable to all of us, and the Board approved that approach. No one had any quarrel with the water rights being in the name of the land owner, including the federal government. Now after all these years, I find out that you do not like our arrangement.

I want you to immediately withdraw all your objections to the BLM water claims on BLM land in my Black Canyon and Deer Creek units. I asked the Shoshone BLM Office to send me a list of their claims and have included that list with this letter. I also want you to send me some evidence that you followed through on this. I don't want to find out later that you did not take this letter seriously.

Sincerely, Al Bauscher   1-23-02

cc: Adjudication Court, State Attorney General, U.S. Dept Justice, Water Resources, BLM

Exhibit 2                Price Declaration                Page 1 of 16

APR-28-2006 FRI 02:56 PM BLM IDAHO FALLS/DO        FAX NO. 208 524 7505        P. 22

## Bauscher Ranch Inc. Grazing Allotments With Public Land Water Right Claims For Stockwater Made By The United States, Department of Interior, Bureau of Land Management

### BLACK CANYON ALLOTMENT, No. 90418

| | | | | |
|---|---|---|---|---|
| 37-02807 | 37-18148 | 37-8207 | 37-18270 | 37-19195 |
| 37-02808 | 37-18153 | 37-8208 | 37-18279 | 37-19199 |
| 37-02838 | 37-18159 | 37-8209 | 37-18282 | 37-19200 |
| 37-02841 | 37-18161 | 37-8210 | 37-18283 | 37-19201 |
| 37-02904 | 37-18163 | 37-8211 | 37-18286 | 37-19202 |
| 37-02913 | 37-18165 | 37-8212 | 37-18292 | 37-19203 |
| 37-02939 | 37-18166 | 37-8213 | 37-18293 | 37-19204 |
| 37-02941 | 37-18169 | 37-8215 | 37-18295 | 37-19507 |
| 37-02948 | 37-18175 | 37-8216 | 37-18298 | 37-19508 |
| 37-02953 | 37-18176 | 37-8218 | 37-18299 | 37-19509 |
| 37-02962 | 37-18177 | 37-8219 | 37-18300 | 37-19548 |
| 37-02963 | 37-18178 | 37-8221 | 37-18304 | 37-19549 |
| 37-02965 | 37-18179 | 37-8232 | 37-18306 | 37-19630 |
| 37-02985 | 37-18180 | 37-8234 | 37-18308 | 37-20208 |
| 37-02993 | 37-18181 | 37-8235 | 37-18312 | 37-20210 |
| 37-03017 | 37-18182 | 37-8237 | 37-18315 | 37-20211 |
| 37-03018 | 37-18184 | 37-8238 | 37-18318 | 37-20222 |
| 37-03075 | 37-18185 | 37-8239 | 37-18319 | 37-20223 |
| 37-03081 | 37-18186 | 37-8240 | 37-18320 | 37-20224 |
| 37-04197 | 37-18190 | 37-8249 | 37-18322 | 37-20225 |
| 37-04198 | 37-18197 | 37-18250 | 37-18331 | 37-20239 |
| 37-04261 | 37-18198 | 37-18253 | 37-18336 | 37-20240 |
| 37-04355 | 37-18199 | 37-18254 | 37-18341 | 37-20241 |
| 37-08042 | 37-18200 | 37-18255 | 37-18344 | 37-20254 |
| 37-08162 | 37-18202 | 37-18264 | 37-18347 | 37-20255 |
| 37-08163 | 37-18203 | 37-18265 | 37-18363 | 37-20256 |
| 37-18146 | 37-18204 | 37-18266 | 37-18369 | 37-20260 |
| 37-18147 | 37-18205 | 37-18267 | 37-18386 | |

Exhibit 2                Price Declaration                Page 2 of 16

APR-28-2006 FRI 02:56 PM BLM IDAHO FALLS/DO        FAX NO. 208 524 7505           P. 23

## Bauscher Ranch Inc. Grazing Allotments With Public Land Water Right Claims For Stockwater Made By The United States, Department of Interior, Bureau of Land Management

### DEER CREEK ALLTOMENT, No. 0114

| | | |
|---|---|---|
| 37-03139 | 37-18400 | 37-18415 |
| 37-03141 | 37-18401 | 37-18416 |
| 37-03142 | 37-18402 | 37-18418 |
| 37-03144 | 37-18403 | 37-18428 |
| 37-03145 | 37-18404 | 37-19211 |
| 37-03146 | 37-18405 | 37-19212 |
| 37-18393 | 37-18406 | 37-19213 |
| 37-18394 | 37-18407 | 37-19214 |
| 37-18395 | 37-18408 | 37-19429 |
| 37-18396 | 37-18409 | 37-20151 |
| 37-18397 | 37-18410 | 37-20175 |
| 37-18398 | 37-18413 | 37-20242 |
| 37-18399 | 37-18414 | 37-20243 |

Exhibit 2

Exhibit 2                    Price Declaration                    Page 3 of 16

APR-28-2006 FRI 02:54 PM BLM IDAHO FALLS/DO    FAX NO. 208 524 7505    P. 15





FEB 07 2002

LEO AMY & SONS
VA RANCH
1398 HWY 22-33
HOWE, IDAHO 83244

Mr. Norman M. Samanko                                February 1, 2002
Barker, Rosholt & Simpson, LLP
P.O. Box 2139
Boise, Idaho 83701-2139

Dear Sirs:

We understand that you have filed objections to all stockwater claims in Deep Creek Pipeline: Water Right #33-07125 (3303488030) and Sheep Spring Pipeline: Water Right #33-02145 (3303488003). Since your objections were filed for your clients with ranches and federal grazing permits located entirely south of the Snake River and you do not run cattle or sheep in these allotments we are requesting that you withdraw all your objections to all BLM water claims on public land within our grazing allotments. The BLM were within their rights to make these stockwater right filings on water appurtenant to the public land. The BLM stockwater claims were made in behalf of, and for the benefit of, those of us who are permitted to graze livestock on BLM ground. By making those water claims the BLM has saved us much money, time and effort and made it possible for us to make a living in the livestock industry. We consider this as part of Idaho's economy.

It is hard enough for small operations such as ours without having to fight other ranchers. We are all in this business together and should try to co-operate with one another.

Exhibit 2

Sincerely,

Leo D. Amy
Kelly Amy
Du L. Amy

cc: IDWR, BLM, U.S. Department of INterior, U.S. Dept. of Justice, Snake River Adjudication Court

Exhibit 2                          Price Declaration                    Page 4 of 16

NOV-27-01 10:23 FROM:CACI INC                ID:208 387 0842           PAGE   2/4

PICABO LIVESTOCK CO.
Box 688
Picabo, Idaho 83348
ph 208-788-3530
fax 208-788-0214

RECEIVED
NOV 2 7 2001
DOJ/BOISE

November 25, 2001

Mr. Norman M. Semanko
Barker, Rosholt & Simpson, LLP
P.O. Box 2139
Boise, Idaho 83701-2139

Re: Withdrawal of objections to federal stockwater claims in my BLM grazing allotments.

Dear Mr. Semanko

    I understand that you filed objections to all BLM stockwater claims in Water Basin 37. Those objections were filed on behalf of your clients whose livestock operations are headquartered and located entirely south of the Snake River. I don't think any of them run cattle or sheep on land managed by the Shoshone BLM Office.

    I understand that you also filed responses to BLM's objections to private-party claims on BLM land in Water Basin 37. You filed a response to BLM's objection to my water right claim number 37-12014. I worked with the BLM and other officials to correct some errors in that water right filing and I am satisfied with the result. You withdrew that response after the BLM and I agreed on the changes. I appreciate your withdrawal.

    By this letter I am requesting that you also immediately withdraw all your objections to all BLM water claims on public land within my grazing allotments. The BLM rightly made those stockwater right filings on waters appurtenant to the public land. The BLM stockwater claims were made in behalf of, and for the benefit of, those of us who are permitted to graze livestock on BLM ground. By making those water claims the BLM also saved me money, time, and effort.

    I do not wish to be involved in legal maneuvering in my grazing areas. The Shoshone BLM people have worked well with our ranch for many years and I appreciate that. I have no dispute with them about water rights or any other issues concerning our grazing lands. I asked them for a list of all the BLM water right claims for stockwater in the grazing allotments where I plan to continue to run livestock and I have included that list as part of this letter. Again, I ask that you immediately withdraw your objections for each of the water right numbers shown on that lists and that you provide me documented written proof that you have complied with this Request.

Sincerely,

L. N. (Bud) Purdy

cc: IDWR, BLM, U.S. Depart of Interior, U.S. Depart of Justice, Snake River Adjudication Court

Exhibit 2                     Price Declaration                  Page 5 of 16

## Picabo Livestock Company Grazing Allotments
## With Public Land Water Right Claims For Stockwater
## Made By The United States, Department of Interior,
## Bureau Of Land Management

### TIMBER GULCH ALLOTMENT, No. 80209

37-14482
37-17321

### KENT CANYON ALLOTMENT, No. 80214

| | | |
|---|---|---|
| 37-14584 | 37-14596 | 37-14645 |
| 37-14585 | 37-14598 | 37-14652 |
| 37-14587 | 37-14633 | 37-14653 |
| 37-14588 | 37-14634 | 37-14654 |
| 37-14589 | 37-14635 | 37-16621 |
| 37-14590 | 37-14637 | 37-16623 |
| 37-14591 | 37-14640 | 37-16635 |
| 37-14592 | 37-14641 | 37-16637 |
| 37-14594 | 37-14643 | 37-16891 |

### POISON CREEK ALLOTMENT, No. 80215

| | | |
|---|---|---|
| 37-02927 | 37-14706 | 37-16647 |
| 37-07961 | 37-14709 | 37-17304 |
| 37-14683 | 37-14713 | 37-17305 |
| 37-14687 | 37-14718 | 37-17362 |
| 37-14691 | 37-14720 | 37-17363 |
| 37-14692 | 37-14721 | 37-17364 |
| 37-14694 | 37-14731 | 37-17366 |
| 37-14695 | 37-14734 | 37-20146 |
| 37-14704 | 37-16645 | |

Exhibit 2

### SCATTERED TRACTS ALLOTMENT, No. 80239

| | |
|---|---|
| 37-14630 | 37-14665 |
| 37-14632 | 37-16926 |
| 37-14633 | 37-16931 |
| 37-14647 | |

Exhibit 2                              Price Declaration                         Page 6 of 16

### PICABO ALLOTMENT, No. 80601

| | | |
|---|---|---|
| 37-02873 | 37-15826 | 37-20121 |
| 37-02990 | 37-15840 | 37-20126 |
| 37-03019 | 37-15841 | 37-20128 |
| 37-03043 | 37-15846 | 37-20136 |
| 37-03107 | 37-15847 | 37-20139 |
| 37-03117 | 37-16531 | 37-20214 |
| 37-03137 | 37-20080 | 37-20264 |

### TIMMERMAN HILLS ALLOTMENT, No. 80605

| | | | |
|---|---|---|---|
| 37-03020 | 37-14344 | 37-15105 | 37-16517 |
| 37-03067 | 37-14345 | 37-15113 | 37-16707 |
| 37-07968 | 37-15067 | 37-15126 | 37-16721 |
| 37-08026 | 37-15068 | 37-15127 | 37-17203 |
| 37-08027 | 37-15069 | 37-15131 | 37-17290 |
| 37-08028 | 37-15093 | 37-15160 | 37-20084 |
| 37-08029 | 37-15098 | 37-15172 | 37-20167 |
| 37-08030 | 37-15102 | 37-15549 | |

### LEDUC CANYON ALLOTMENT, No. 80612

37-03117
37-20128

Exhibit 2

Exhibit 2                          Price Declaration                          Page 7 of 16

FEB 20 '02  01:01PM BLM IDAHO FALLS                                                              P.2



February 6, 2002

Mr. Norman M. Semanko
Baker, Rosholt & Simpson, LLP
P. O. Box 2139
Boise, Idaho 83701-2139

Dear Mr. Semanko:

### WITHDRAWAL OF OBJECTIONS TO FEDERAL STOCK WATER CLAIMS IN OUR BLM GRAZING ALLOTMENTS

It has come to our attention that you have filed objections to four federal stock water claims in Water Basin 33. We are asking that you withdraw all of your objections to the BLM water claims on BLM land in our Squaw Creek, Bell Mountain, Uncle Ike and Warm Springs allotments.

We have had a good working relationship with the Bureau of Land Management with regards to stock water claims for many years, and we see no reason to change our current arrangement. The current federal stock water claims arrangement is efficient and saves us the time and effort that would be required to handle our own claims.

The following page contains a detailed list of water rights that we are requesting to be withdrawn from your objection.

Sincerely,

James Andreason            Daryl Andreason            Rocky Ross

Exhibit 2

Craig Murdock              Keith Waymire
Murdock Farms

cc: Idaho Department of Water Resources, Bureau of Land Management, U. S. Department of Interior, U. S. Department of Justice, Snake River Adjudication Court

Exhibit 2                    Price Declaration                    Page 8 of 16

-2-                                                 February 6, 2002

Little Lost River Permittees Grazing Allotments
With Public Land Water Right Claims For Stock Water
Made By The Bureau Of Land Management


Squaw Creek Allotment, No. 02011

33-07070
(3303488021)


Bell Mountain Allotment, No. 02015

33-07125
(3303488030)


Uncle Ike Allotment, No. 02006

33-07095
(3303488028)


Warm Springs, No. 02012

33-02145
(3303488003)

Exhibit 2

Exhibit 2                        Price Declaration                        Page 9 of 16

BERT L. & DORIS P. HATCH
HC 62 BOX 2180
MAY, IDAHO 83253-9603
(208) 876-4422

Feb.8 2002

Mr. Norman M. Semanko
Barker, Rosholt & Simpson, LLP
P.O. Box 2139
Boise, Idaho 83701-2139

Re: Withdrawal of objections to Federal stockwater claims in my BLM grazing allotments.

Dear Mr. Semanko,

We understand that you filed objections to all BLM stockwater claims in Water Basin 33. By this letter we request that you immediately withdraw all your objections to all water on Federal lands within our grazing allotments. We do not wish to be involved in legal maneuvering in these areas. We ask that you immediately withdraw your objections for each of the water right numbers listed below and you provide us with documented written proof that you have complied with this request.

| SUMMIT CREEK ALLOTMENT | DONKEY HILLS ALLOTMENT |
|---|---|
| 33-02146 | 33-10924 |
| 33-10660 | 33-10925 |
| 33-10646 | 33-10926 |
| 33-10670 | |
| 33-10811 | |
| 33-10924 | |
| 33-10927 | |
| 33-10928 | |

Exhibit 2

Sincerely, [signature: Bert L Hatch]

Bert L. Hatch

Exhibit 2    Price Declaration    Page 10 of 16

APR-28-2006 FRI 02:56 PM BLM IDAHO FALLS/DO      FAX NO. 208 524 7505           P. 24

Kirk Webb & Tom Webb<br>
1742 E. 2900 S.<br>
Wendell, Id 83355

January 8, 2002

Mr. Norman M. Semanko<br>
Barker, Rosholt & Simpson, LLP<br>
P.O. Box 2139<br>
Boise, Idaho 83701-2139

Re: Withdrawal of objections to federal stockwater claims in our Forest Service grazing allotments.

Dear Mr. Semanko

We understand that you filed objections to all Forest Service stockwater claims in Water Basin 37. Those objections were filed on behalf of your clients whose livestock operations are headquartered and located entirely south of the Snake River. By this letter we are requesting that you immediately withdraw all your objections to all Forest Service water claims on public land within our grazing allotments. We do not wish to be involved in legal maneuvering in our grazing areas. We ask that you immediately withdraw your objections for each of the water right numbers shown on the list and that you provide us documented written proof that you have complied with this request.

Sincerely,

*Kirk Webb*

*Tom Webb*

Forest Service water rights claim #'s.

| | |
|---|---|
| 37-13643 | 37-13651 |
| 37-13652 | 37-13675 |
| 37-13676 | 37-13682 |
| 37-13693 | 37-13696 |
| 37-13697 | 37-13698 |
| 37-13699 | 37-13700 |
| 37-13701 | 37-13702 |
| 37-13705 | 37-13719 |
| 37-19855 | 37-19856 |
| 37-19873 | 37-19876 |
| 37-19905 | 37-19933 |
| 37-19934 | |

c: IDWR, U.S. Dept. of Interior, U.S. Dept. of Justice, Snake River Adjudication Court

Exhibit 2                    Price Declaration                    Page 11 of 16

Pass Creek Cattle Association
C/O Harry Crawford
3384 W 3800 N
Moore, Idaho 83255

RECEIVED - IDAHO FALLS OFFICE

MAR 12 2002   BLM

February 27, 2002

Mr. Norman M. Semanko
Barker, Rosholt & Simpson, LLP
P.O. Box 2139
Boise, Idaho 83701-2139

Re: Withdrawal of objection to federal stockwater claim in our BLM grazing allotment.

Dear Mr. Semanko

We understand that you filed objections to various stockwater claims in Water Basins 37 and 34. One of these claims is on our BLM grazing allotment. Since this objection was filed for your clients whose operations are located south of the Snake River and who have no dealings on our allotment, we are requesting that you immediately withdraw all your objections to our BLM stockwater right #33-07070 (3303488021). This water right was legally filed and approved without objection with the Idaho Department of Water Resources, by the BLM. Please immediately send us at the above address written documented proof that you have withdrawn your objection to this stockwater right.

Sincerely,

Harry Crawford
Secretary

Exhibit 2

Cc: IDWR, BLM, U.S. Department of Interior, U.S. Department of Justice, Snake River Adjudication Court

Exhibit 2     Price Declaration     Page 12 of 16

MAY-01-06 06:57 FROM:CACI INC                    ID:208 387 0842           PAGE   2/5

**Lava Lake Land & Livestock, L₁**
3485 Sacramento Street
San Francisco, California 94118
(415) 292-1764
FAX: (415) 292-1766



May 16, 2002

Mr. Norman M. Semanko
Barker, Rosholt & Simpson, LLP
P.O. Box 2139
Boise, Idaho 83701-2139

37 - 02816

Re: Withdrawal of objections to federal stockwater claims in Lava Lake's BLM grazing allotments

Dear Mr. Semanko:

I understand that you have filed objections to all BLM stockwater claims in Water Basin 37. These objections were filed on behalf of your clients whose livestock operations are headquartered and located entirely south of the Snake River. I am not aware that any of your clients run livestock on land managed by the Shoshone BLM Office and I am confident that none of them have grazing privileges in any of the allotments in which we operate.

I request that you withdraw all your objections to all BLM water claims on public land within my grazing allotments. The BLM rightly made those stockwater right filings on waters appurtenant to public land. The BLM stockwater claims were on behalf of, and for the benefit of, those of us who are permitted to graze livestock on BLM ground. By making those water claims the BLM also saves me money, time and effort.

Exhibit 2

I do not wish to be involved in legal maneuvering in my allotments. The Shoshone BLM professionals are working constructively with Lava Lake. They have worked vigorously to transfer AUMs relating to numerous recent transactions and their responsiveness in other matters has been commendable. I have no dispute with them about water rights nor am I aware of any other points of disagreement between Lava Lake and BLM concerning our grazing lands. I have asked them for a list of the BLM water right claims for stockwater in the allotments where we currently have grazing privileges and to which you object and I have included that list with this letter. Again, I ask that you withdraw your objections for each of the water rights identified numerically on that list.

Sincerely,

Brian S. Bean

cc:  IDWR, BLM, U.S. Department of Justice, Snake River Basin Adjudication Court
     Office of Idaho Attorney General (2)

enclosure

Exhibit 2                      Price Declaration                      Page 13 of 16

MAY-01-06 06:57 FROM:CACI INC                    ID:208 387 0842           PAGE   3/5

# Lava Lake Land & Livestock Grazing Allotments
## With Public Land Water Right Claims For Stockwater
## Made By The United States, Department of Interior,
## Bureau of Land Management

### KENT CANYON ALLOTMENT, No. 80214

37-16633

### UPPER ROCK CREEK ALLOTMENT, No. 80219

| | | | | |
|---|---|---|---|---|
| 37-03101 | 37-14946 | 37-14952 | 37-14962 | 37-16508 |
| 37-07975 | 37-14947 | 37-14954 | 37-14965 | 37-16665 |
| 37-14931 | 37-14949 | 37-14955 | 37-14966 | 37-16667 |
| 37-14943 | 37-14950 | 37-14959 | 37-14984 | 37-17212 |
| 37-14945 | 37-14951 | 37-14961 | 37-14987 | 37-17215 |

### SOUTH EAST FORK ALLOTMENT, No. 80227

| | | |
|---|---|---|
| 37-15250 | 37-15253 | 37-17053 |
| 37-15252 | 37-15254 | 37-17054 |

### INDIAN CREEK ALLOTMENT, No. 80228

Exhibit 2

| | | | |
|---|---|---|---|
| 37-14819 | 37-15258 | 37-16655 | 37-19165 |
| 37-14832 | 37-16653 | 37-17082 | 37-20140 |

### QUIGLEY ALLOTMENT, No. 80229

| | | | | |
|---|---|---|---|---|
| 37-14842 | 37-15285 | 37-16737 | 37-20036 | 37-20039 |
| 37-14852 | 37-15286 | 37-17103 | 37-20037 | 37-20040 |
| 37-15275 | 37-15289 | 37-20035 | 37-20038 | 37-20041 |

### UPPER SLAUGHTERHOUSE ALLOTMENT, No. 80232

37-15299
37-15300
37-15301
37-20043

Exhibit 2                         Price Declaration                      Page 14 of 16

MAY-01-06 06:58 FROM CACI INC                    ID 208 387 0842                PAGE  4/5

## WEST FORK FISH CREEK ALLOTMENT, No. 80321

37-16086
37-16087
37-16108
37-20064

## UPPER FISH CREEK ALLOTMENT, No. 80332

37-16252
37-16253
37-16254
37-16885

## IRON MINE ALLOTMENT, No. 80333

| | | | |
|---|---|---|---|
| 37-16255 | 37-16291 | 37-16837 | 37-17061 |
| 37-16256 | 37-16296 | 37-16839 | 37-17169 |
| 37-16257 | 37-16315 | 37-16843 | 37-17170 |
| 37-16258 | 37-16317 | 37-16845 | 37-20053 |
| 37-16265 | 37-16547 | 37-16847 | 37-20160 |
| 37-16266 | 37-16835 | 37-16849 | 37-20161 |
| 37-16267 | | | |
| 37-16269 | | | |
| 37-16273 | | | |
| 37-16274 | | | |
| 37-16275 | | Exhibit 2 | |
| 37-16286 | | | |

## LAVA LAKE ALLOTMENT, No. 80334

| | | | | |
|---|---|---|---|---|
| 37-16323 | 37-16332 | 37-16345 | 37-16375 | 37-17065 |
| 37-16325 | 37-16333 | 37-16347 | 37-16423 | 37-17070 |
| 37-16326 | 37-16335 | 37-16349 | 37-17063 | 37-20059 |
| 37-16327 | | | | |

Exhibit 2                           Price Declaration                       Page 15 of 16

### COTTONWOOD ALLOTMENT, No. 80335

| | | | | |
|---|---|---|---|---|
| 37-16300 | 37-16331 | 37-16438 | 37-16447 | 37-17062 |
| 37-16305 | 37-16367 | 37-16440 | 37-16449 | 37-17067 |
| 37-16306 | 37-16431 | 37-16442 | 37-16460 | 37-17068 |
| 37-16308 | 37-16433 | 37-16444 | 37-16461 | 37-17069 |
| 37-16328 | 37-16434 | 37-16445 | 37-16466 | 37-20055 |
| 37-16330 | 37-16436 | 37-16446 | 37-17002 | 37-20058 |

### RICHFIELD ALLOTMENT, No. 80603

37-03068
37-03070
37-04205
37-15173
37-20166

### TIMMERMAN HILLS ALLOTMENT, No. 80605

37-15107

### LAIDLAW PARK ALLOTMENT, No. 80706

37-02835
37-03088
37-03096
37-07966
37-07972

Exhibit 2

### WILDHORSE ALLOTMENT, No. 80711

| | | | | |
|---|---|---|---|---|
| 37-02816 | 37-02861 | 37-03097 | 37-15865 | 37-20154 |
| 37-02819 | 37-02862 | 37-03115 | 37-15866 | 37-20155 |
| 37-02822 | 37-02863 | 37-03116 | 37-15867 | 37-20159 |
| 37-02828 | 37-02883 | 37-04214 | 37-17309 | 37-20162 |
| 37-02857 | 37-02905 | 37-04216 | 37-17310 | 37-20168 |
| 37-02858 | 37-02972 | 37-07970 | 37-17311 | 37-20169 |
| 37-02859 | 37-03093 | 37-07974 | 37-17312 | |
| 37-02860 | 37-03094 | 37-15864 | 37-20153 | |

### KIMAMA ALLOTMENT, No. 80713

37-02902

Exhibit 2                Price Declaration                Page 16 of 16