IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF IDAHO; IDAHO DEPARTMENT OF WATER RESOURCES, an agency of the State of Idaho; and GARY SPACKMAN, in his official capacity as Director of the Idaho Department of Water Resources,<br><br>    Defendants.<br><br>IDAHO HOUSE OF REPRESENTATIVES; MEGAN BLANKSMA, in her official capacity as Majority Leader of the House[1]; IDAHO SENATE; and CHUCK WINDER, in his official capacity as President Pro Tempore of the Senate,<br><br>    Intervenor-Defendants. | Case No. 1:22-cv-00236-DCN<br><br>**ORDER AMENDING SCHEDULING ORDER** |

There having been a discussion among Chambers and Counsel in this matter,

IT IS HEREBY ORDERED that the Court's Scheduling Order (Dkt. 32) is hereby

---

[1] Majority Leader Blanksma is substituted for former Majority Leader Mike Moyle. Fed. R. Civ. P. 25(d).

AMENDED to provide that the attachments to summary judgment briefs are not included in the substantive page limitations set in the Scheduling Order.

DATED: December 15, 2022

_____
David C. Nye
Chief U.S. District Court Judge