RAÚL R. LABRADOR
Attorney General
SCOTT L. CAMPBELL
Deputy Attorney General
Chief, Energy and Natural Resources Division
JOY M. VEGA, ISB #7887
MICHAEL C. ORR, ISB # 6720
Deputy Attorneys General
700 W. State Street, 2nd Floor
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: 208-334-2400
Facsimile: 208-854-8072
joy.vega@ag.idaho.gov
michael.orr@ag.idaho.gov

*Attorneys for Defendants the State of Idaho, the Idaho Department of Water Resources, and Gary Spackman, in his official capacity as Director of the Idaho Department of Water Resources*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>The STATE OF IDAHO; the IDAHO DEPARTMENT OF WATER RESOURCES, an agency of the State of Idaho; and GARY SPACKMAN, in his official capacity as the Director of the Idaho Department of Water Resources,<br><br>  Defendants,<br><br>v.<br><br>IDAHO HOUSE OF REPRESENTATIVES; MIKE MOYLE, in his official capacity as Majority Leader of the House; IDAHO | Case No. 1:22-cv-00236-DCN<br><br>**STATE DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |

STATE DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT - 1

SENATE; and CHUCK WINDER, in his official capacity as President Pro Tempore of the Senate,

            Intervenor-Defendants.

Defendants the State of Idaho, the Idaho Department of Water Resources, and Gary Spackman, in his official capacity as Director of the Idaho Department of Water Resources ("State Defendants"), by and through their counsel of record and pursuant to Rule 56 of the Federal Rules of Civil Procedure, Local Rule 7.1, and this Court's Scheduling Order (Dkt. 32) and Order Amending Scheduling Order (Dkt. 33), hereby move for summary judgment. The United States' claims in this case should be dismissed as a matter of law pursuant to the doctrine of *res judicata* (claim preclusion); the "Rooker-Feldman doctrine"; the doctrine of prior exclusive jurisdiction; and the *Burford* abstention doctrine. Even if this Court were to reach the merits of the United States' claims, the State Defendants are entitled to summary judgment that these claims fail as a matter of law.

The United States was joined as party to the Snake River Basin Adjudication ("SRBA") pursuant to 43 U.S.C. § 666 (the "McCarran Amendment") and is bound by SRBA decrees, which conclusively define the nature and extent of the United States' water rights. The relief the United States has requested in this case seeks to fundamentally alter the nature and extent of those water rights. The arguments the United States makes in this case could have been made in the SRBA and often

**STATE DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT - 2**

actually were, only to be rejected. The United States' claims and argument in this case are therefore collateral attacks on SRBA decrees.

The United States' claims are thus precluded by the doctrine of *res judicata* and the "Rooker-Feldman doctrine," which bars federal court from exercising jurisdiction over a case that is in substance an appeal of a state court judgment. In addition, the Twin Falls District Court of Idaho's Fifth Judicial District, which presides over the SRBA and Idaho's other general water right adjudications, has prior exclusive jurisdiction over the United States' claims in this case. These claims also should be dismissed pursuant to the *Burford* abstention doctrine because they seek to disrupt the State of Idaho's efforts to develop coherent policy on a complex matter of vital interest to the State—water rights claimed and decreed under Idaho law— and with respect to which the Idaho Department of Water Resources and the Twin Falls County District Court have special competence and extensive experience.

In the alternative, the State Defendants are entitled to summary judgment that all of the United States' claims fail as a matter of law under the undisputed facts and the applicable legal standards.

These arguments are fully explained in the State Defendants' Memorandum in Support of Cross-Motion for Summary Judgment and Response to the United States' Motion for Summary Judgment, filed herewith.

/ / /

/ / /

**STATE DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT - 3**

/ / /

/ / /

Respectfully submitted this 17th day of March, 2023.

        RAÚL R. LABRADOR
        Attorney General
        SCOTT L. CAMPBELL
        Deputy Attorney General
        Chief, Energy and Natural Resources Division

        */s/ Michael C. Orr*
        JOY M. VEGA
        MICHAEL C. ORR
        Deputy Attorneys General
        Energy and Natural Resources Division
        Office of the Attorney General
        State of Idaho
        *Attorneys for Defendants State of Idaho, Idaho*
        *Department of Water Resources, and*
        *Director Gary Spackman, in his official capacity as*
        *Director of the Idaho Department of Water*
        *Resources*